UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>        Defendant | Civil Action No: 1:22-cv-00018-LM |

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR FILING AN OBJECTION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND EXPEDITED RELIEF**

The Defendant, Trustees of Dartmouth College, respectfully moves to extend the deadline for filing an Objection to Plaintiff's Motion for a Preliminary Injunction and for Expedited Relief by one week. In support of this motion, Defendant states as follows:

1. On January 20, 2022, Plaintiff filed his complaint and a Motion for a Preliminary Injunction and Expedited Relief.

2. Pursuant to Local Rule 7.1(b), Defendant's Objection to the Motion is due on February 3, 2022.

3. Due to counsel's schedule and the time needed to assemble the information needed to oppose the motion, Defendant requires additional time to file its Objection.

4. Defendant respectfully requests that the deadline for filing its objection be extended by one week, until February 10, 2022.

5. The extension will not result in the continuance of any hearing, conference, or trial.

6. Plaintiff assents to allowance of this Motion.

1

Wherefore, Defendant respectfully requests that this Court grant this Motion and extend the deadline for Defendant to file its Objection to the Motion for a Preliminary Injunction and Expedited Relief to February 10, 2022.

|  |  |
|---|---|
| | TRUSTEES OF DARTMOUTH COLLEGE, |
| | /s/ Daron J. Janis |
| | Daryl J. Lapp (admitted pro hac vice) |
| | Elizabeth H. Kelly (admitted pro hac vice) |
| | Daron L. Janis (N.H. Bar No. 271361) |
| | LOCKE LORD LLP |
| | 111 Huntington Avenue |
| | Boston, MA 02199 |
| | (617) 239-0100 telephone |
| | (617) 227-4420 facsimile |
| | daryl.lapp@lockelord.com |
| | liz.kelly@lockelord.com |
| January 26, 2022 | djanis@lockelord.com |

**Certificate of Service**

I certify that on January 26, 2022, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

/s/ Daron J. Janis
Daron L. Janis