UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

John Doe

    v.                                Civil No. 22-cv-018-LM

Trustees of Dartmouth College, et al.

**PROCEDURAL ORDER**

On February 3, 2022, the court held a status conference via video in this case. Attorney William Christie appeared for plaintiff, and Attorneys Daryl Lapp and Elizabeth Kelly appeared for defendant. **The evidentiary hearing on plaintiff's motion for injunctive relief shall occur via video on March 29, 2022**. The court shall reserve the full day for the hearing.

Limited waiver of local rule re: sealing documents:

On February 10, 2022, defendant will file its objection to plaintiff's motion for preliminary injunctive relief. Plaintiff intends to file a reply by February 24. Attorney Lapp indicated that he intends to file an affidavit to the objection containing several, lengthy documentary exhibits that contain student names and identifying information. Both defendant and plaintiff agree that these students' names (and identifying information) should not be made public at this stage of the case.

Defendant will be filing a motion to seal this material. Defense counsel seeks advance relief from the court's local rule dealing with motions to seal. Because of

the voluminous nature of the documents at issue, Attorney Lapp seeks to be relieved of the local rule that requires a litigant—when filing a motion to seal—to file a document with all proposed redactions highlighted.  See LR 83.12(d).  The court grants this limited waiver and permits counsel to file these documents under seal in the first instance (as attached to the forthcoming objection).  Attorney Lapp agrees that, prior to the hearing, he will file the material on the public record with the names and identifying material redacted.  The material shall be filed on the public record no later than March 22, 2022.  The court permits waiver of the highlighting requirement on the assurance from counsel that each redaction removes a student name and identifying information only—and nothing more.  The purpose of these limited waivers is to promote the efficient administration of justice.

On or before 5:00 p.m. on March 25, 2022:

- Counsel shall separately file a witness and exhibit list;
- Counsel shall separately file proposed findings of fact and rulings of law;
- Counsel shall jointly file a timeline of material events in the case; and
- Plaintiff shall file a proposed order in compliance with Rule 65 and Local Rule 65.1

To the extent there are legal disputes regarding evidence or exhibits, the court has scheduled **a status conference for March 28, 2022, at 10 am**.  Should counsel resolve any such disputes by agreement before the conference, counsel shall notify the court's case manager and the conference will be cancelled.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

February 4, 2022

cc:  Counsel of Record.