UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| JOHN DOE, Plaintiff v. TRUSTEES OF DARTMOUTH COLLEGE, Defendant | Civil Action No: 1:22-cv-00018-LM |
|---|---|

**MEMORANDUM IN SUPPORT OF ASSENTED-TO MOTION TO REDACT INFORMATION IN HEARING TRANSCRIPT**

Pursuant to the Court's Administrative Procedure 4.2(c), the Defendant, Trustees of Dartmouth College, requests that the Court redact one page of the transcript of the March 29, 2022 hearing on Plaintiff's Motion for a Preliminary Injunction as follows.

| Dkt. No. | Page | Line(s) | Information to be redacted |
|---|---|---|---|
| 36 | 46 | 11 | Educational information of non-party |
| 36 | 46 | 14 | Educational information of non-party |
| 36 | 46 | 15-16 | Educational information of non-party |

This case involves a private sexual encounter between two Dartmouth students. Following an investigation and hearing, Dartmouth determined that the plaintiff, "John Doe," was responsible for violating its policy against sexual assault, and that the other student, "Sam Smith," did not violate Dartmouth's policy. Doe alleges that the investigation was flawed and biased.

Doe filed this case seeking to proceed under a pseudonym, and using a pseudonym for Smith, who is not a party to this case. Dkt. No. 2. On January 21, 2022, the Court granted Doe's motion to proceed under a pseudonym. In connection with filing its opposition to Doe's motion

1

for a preliminary injunction, Dartmouth submitted an assented-to motion to seal certain exhibits. On February 15, 2022, the Court granted the motion to seal at Level I and allowed Dartmouth to submit redacted versions of the Exhibits to protect the identities of the parties and non-parties from potential disclosure.  *See* Dkt. No. 16.

    For the same reasons outlined in Dartmouth's Memorandum in Support of its Motion to Seal, Dkt. No. 19, Dartmouth asks that the Court redact the above information which reveals educational information about Smith, a non-party student, which might lead to the disclosure of his identity.  Doe assents to the allowance of this motion.

TRUSTEES OF DARTMOUTH COLLEGE,

/s/ Daron L. Janis
Daryl J. Lapp (admitted pro hac vice)
Elizabeth H. Kelly (admitted pro hac vice)
Daron L. Janis (N.H. Bar No. 271361)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100 telephone
(617) 227-4420 facsimile
daryl.lapp@lockelord.com
liz.kelly@lockelord.com
djanis@lockelord.com

May 11, 2022

### Certificate of Service

    I certify that on May 11, 2022, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

/s/ Daron L. Janis
Daron L. Janis
