## DEFENDANT'S LIST OF EXHIBITS

**I.     Defendant expects to offer:**

| Trial Ex. No. | Def. No. for ID | Description | Bates Range | Dep./P.I. Ex. No. | Agreed To | Objected To |
|---|---|---|---|---|---|---|
| | D1 | Dartmouth College Sexual and Gender-Based Misconduct Policy | | Dep. 39 | | |
| | D2 | Process for Resolving Reports Against Students | | Dep. 40 | | |
| | D3 | Geisel School of Medicine – Student Education Records Policy | | Dep. 5 | | |
| | D4 | Dartmouth Geisel School Academic Calendar | | Dep. 4 | | |
| | D5 | July 12, 2020 Doe text messages with Smith | JD-005-8 | Dep. 26 | | |
| | D6 | July 12, 2020 Doe text messages with friend | JD-017-19 | Dep. 28 | | |
| | D7 | July 12, 2020 Doe text message with Smith's girlfriend | JD-20 | Dep. 29 | | |
| | D8 | July 12, 2020 Doe text messages | JD-21-24 | Dep. 30 | | |
| | D9 | Letter (updated) from Doe "To whom it may concern" regarding leave of absence | D2606 | Dep. 2 | | |

| Trial Ex. No. | Def. No. for ID | Description | Bates Range | Dep./P.I. Ex. No. | Agreed To | Objected To |
|---|---|---|---|---|---|---|
| | D10 | Status Change Request Dashboard | D2593-99 | Dep. 3 | | |
| | D11 | April 6-15, 2021 Emails between Smith and Clemens | D3518-20 | Dep. 46 | | |
| | D12 | April 28, 2021 Email between Smith and Clemens re Formal Complaint | D2785-86 | Dep. 48 | | |
| | D13 | May 5, 2021 Notice of Investigation issued to Doe | D4207-08 | Dep. 6 | | |
| | D14 | May 17, 2021 Interview of Sam Smith | D2346-80 | | | |
| | D15 | May 28, 2021 Revised Notice of Investigation issued to Doe | D4211-12 | Dep. 7 | | |
| | D16 | May 28, 2021 Interview of Doe | D7376-416 | Dep. 8 | | |
| | D17 | June 11, 2021 Clemens email to Doe | D2537 | Dep. 11 | | |
| | D18 | June 15, 2021 Title IX Complaint by Doe against Smith | D2895 | Dep. 12 | | |
| | D19 | June 16, 2021 Notice letter to Doe | D102-03 | Dep. 13 | | |
| | D20 | June 23, 2021 Amended Notice letter to Doe | D104 | Dep. 14 | | |

| Trial Ex. No. | Def. No. for ID | Description | Bates Range | Dep./P.I. Ex. No. | Agreed To | Objected To |
|---|---|---|---|---|---|---|
| | D21 | June 24, 2021 email between Clemens and Doe | D3643-45 | Dep. 15 | | |
| | D22 | June 24, 2021 Second Amended Notice letter to Doe | D105 | Dep. 16 | | |
| | D23 | June 24, 2021 Interview of Doe | D7417-440 | Dep. 9 | | |
| | D24 | June 27, 2021 Interview of Smith | D2311-38 | | | |
| | D25 | July 1, 2021 Interview of Doe | D7441-452 | Dep. 10 | | |
| | D26 | July 21, 2021 Initial Investigation Report (without exhibits) | D3020-62 | Dep. 17 | | |
| | D27 | Doe's Response to Initial Investigative Report (with exhibits) | D1843-64 | Dep. 18 | | |
| | D28 | Smith's Response to Initial Investigative Report (with exhibits) | D1831-41 D1809-30 | | | |
| | D29 | Doe's Response to Smith's Response to Initial Investigative Report | D2217-19 | Dep. 19 | | |
| | D30 | August 20, 2021 Transcript of Smith's verbal response to Doe's response to Initial Investigative Report | D2339-45 | P.I. 9 | | |

| Trial Ex. No. | Def. No. for ID | Description | Bates Range | Dep./P.I. Ex. No. | Agreed To | Objected To |
|---|---|---|---|---|---|---|
|  | D31 | August 31, 2021 Final Investigative Report | D1708-63 |  |  |  |
|  | D32 | Appendix to Final Investigation Report | D630-1183 |  |  |  |
|  | D33 | Doe's Response to Final Investigative Report | D2065-70 | Dep. 21 |  |  |
|  | D34 | September 29, 2021 Hearing Transcript | D71-93 | Dep. 22 |  |  |
|  | D35 | October 6, 2021 Hearing Panel Determination Letter | D38-39 | Dep. 23 |  |  |

II.     **Defendant may offer if need arises:**

| Trial Ex. No. | Def. No. for ID | Description | Bates Range | Dep./P.I. Ex. No. | Agreed To | Objected To |
|---|---|---|---|---|---|---|
|  | D36 | Doe's Appeal of Title IX Hearing Decision | D27-35 | Dep. 24 |  |  |
|  | D37 | November 10, 2021 Compton letter to Doe denying appeal | D36-37 | Dep. 25 |  |  |
|  | D38 | Plaintiff's CV | JD-01-04 | Dep. 1 |  |  |
|  | D39 | Stackow hearing prep notes | D2 | Dep. 80 |  |  |
|  | D40 | Doe's text with a friend concerning another Title IX matter | JD-080 | Dep. 37 |  |  |

| Trial Ex. No. | Def. No. for ID | Description | Bates Range | Dep./P.I. Ex. No. | Agreed To | Objected To |
|---|---|---|---|---|---|---|
| | D41 | August 6, 2021 article concerning dismissal of another Title IX matter | | Dep. 38 | | |
| | D42 | Investigation Timeline notes | D13-26 | Dep. 81 | | |
| | D43 | Title IX Training: For Implementers, Investigators, and Decision-Makers, Oct. 6-7, 2020 | D9171-542 | Dep. 82 | | |
| | D44 | Dartmouth College Sexual and Gender-Based misconduct Policy – AHHC Training, Nov. and Dec., 2019 | D9647-835 | | | |
| | D45 | January 13, 2017 Investigation Report - Roe 19 v. Respondent 5 | D10670-88 | | | |
| | D46 | January 18, 2017 Investigation Report - Roe 22 v. Respondent 19 | D10734-52 | | | |
| | D47 | January 16, 2019 Investigation Report - Roe 2 v. Respondent 2 | D9051-80 | | | |
| | D48 | September 4, 2019 Investigation Report - Roe 3 v. Respondent 3 | D9081-118 | | | |

| Trial Ex. No. | Def. No. for ID | Description | Bates Range | Dep./P.I. Ex. No. | Agreed To | Objected To |
|---|---|---|---|---|---|---|
| | D49 | October 28, 2019 Investigation Report - Roe 5 v. Respondent 5 | D10139-78 | | | |
| | D50 | August 26, 2020 Investigation Report - Roe 4 v. Respondent 4 | D9119-70 | | | |
| | D51 | July 28, 2021 Investigation Report - Roe 8 v. Respondent 7 | D10256-351 | | | |
| | D52 | July 15, 2022 Investigation Report - Roe 15 v. Respondent 14 | D9994-10015 | | | |
| | D53 | March 22, 2021-April 5, 2021 email chain between Clemens and Smith re Setting up a Phone Call | D2750-53 | | | |
| | D54 | April 6-8, 2021 Email chain between Clemens and Jaeger re student status | D2766-69 | Dep. 45 | | |
| | D55 | April 26-28, 2021 Email chain between Clemens and Smith re Reporting Decision | D2781-83 | Dep. 47 | | |
| | D56 | Smith's Hearing Statement | D3369-71 | | | |
| | D57 | Email from H. Racine to R. Baptista, H. Wilkinson, K. Strong | D3392-95 | | | |

| Trial Ex. No. | Def. No. for ID | Description | Bates Range | Dep./P.I. Ex. No. | Agreed To | Objected To |
|---|---|---|---|---|---|---|
| | | re impact and mitigation statements (with attachments) | | | | |

135309127v.3