UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JOHN DOE,

              Plaintiff,

     v.                                     Civil Action No. 1:22-cv-00018-LM

TRUSTEES OF DARTMOUTH COLLEGE,

              Defendant.

## <u>JOINT PROPOSED TRIAL DATE</u>

Pursuant to the Court's March 21, 2024 request, Plaintiff, John Doe, and Defendant, Trustees of Dartmouth College, by and through counsel, hereby submit a proposed trial date in this matter for the two-week trial period beginning January 22, 2025.

Dated: March 28, 2024

                               Respectfully submitted,

                               John Doe
                               By His Attorneys:
                               SHAHEEN & GORDON, P.A.

                               /s/ William E. Christie
                               William E. Christie (NH Bar #11255)
                               Olivia F. Bensinger (NH Bar #274145)
                               107 Storrs Street/P.O. Box 2703
                               Concord, NH 03302
                               (603) 225-7262
                               wchristie@shaheengordon.com
                               obensinger@shaheengordon.com

Trustees of Dartmouth College,

By Its Attorneys:
LOCKE LORD, LLP

Dated:  March 28, 2024

/s/ Daryl L. Lapp
Daryl J. Lapp (admitted pro hac vice)
Elizabeth H. Kelly (NH Bar #276459)
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
Daryl.lapp@lockelord.com
Liz.kelly@lockelord.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be served conventionally on all parties or their counsel.

/s/ William E. Christie
William E. Christie

2

4873-9722-4882, v. 1