UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JOHN DOE,

                    Plaintiff,

        v.                                                    Civil Action No. 1:22-cv-00018-LM

TRUSTEES OF DARTMOUTH COLLEGE,

                    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties stipulate that all claims asserted in this

action shall be dismissed, with prejudice.

| *Attorneys for John Doe* | *Attorneys for Trustees of Dartmouth College* |
|---|---|
| /s/ William E. Christie | /s/ Daryl J. Lapp |
| William E. Christie (NH Bar # 11255) | Daron L. Janis (N.H. Bar # 271361) |
| Olivia F. Bensinger (NH Bar # 274145) | Daryl J. Lapp (admitted pro hac vice) |
| SHAHEEN & GORDON, P.A. | LOCKE LORD LLP |
| 107 Storrs Street | 111 Huntington Avenue |
| Concord NH 03302 | Boston, MA 02199 |
| (603) 225-7262 | (617) 239-0100 |
| wchristie@shaheengordon.com | djanis@lockelord.com |
| obensinger@shaheengordon.com | daryl.lapp@lockelord.com |

Dated: October 22, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, filed through the CM/ECF
system, will be served conventionally on all parties or their counsel.

                              /s/ William E. Christie
                                William E. Christie