```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

John Doe

    v.                                                  Case No. 22-cv-18-LM

Trustees of Dartmouth College

## JUDGMENT

In accordance with the Orders by Chief Judge Landya B. McCafferty dated July 12, 2022, and April 17, 2024, and the Stipulation of Dismissal dated October 22, 2024, judgment is hereby entered.

                                                    By the Court:

                                                    /s/ Daniel J. Lynch
                                                    Daniel J. Lynch
                                                    Clerk of Court

Date: October 23, 2024

cc:   Counsel of Record